UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MEI LI,                                              JUDGMENT

                    Plaintiff,                    20-CV-3790 (KAM)

                   v.

LEE BOWES, Acting New York District Director,
U.S. Citizenship and Immigration Services;
WILLIAM BARR, Attorney General of the
United States; CHAD WOLF, Acting Secretary,
Department of Homeland Security;
KENNETH T. CUCCINELLI, Acting Director,
U.S. Citizenship and Immigration Services;
TEXAS SERVICE CENTER, U.S. Citizenship and
Immigration Services,
                          Defendants.
---------------------------------------------------------------X

       An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on October 14, 2020, dismissing this action with prejudice, with each party to bear its own costs, expenses, and fees; it is

       ORDERED and ADJUDGED that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York                             Douglas C. Palmer
       October 15, 2020                                    Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                              Deputy Clerk